UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Docket No. |
| v. | ) |
| | ) |
| DEVIN JAMES MELYCHER | ) |

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 SEP 22 P 4: 38

_____
DEPUTY CLERK

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 876(c)
Mailing Threatening Communications

On or about May 5, 2022, in the District of Maine, the defendant,

**DEVIN JAMES MELYCHER,**

knowingly and with intent to threaten, caused a communication addressed to Victim A, an Assistant U.S. Attorney for the District of Maine, to be deposited in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and to be delivered by the Postal Service according to directions thereon. The document contained a threat to injure Victim A (an Assistant U.S. Attorney for the District of Maine), Victim B (the Federal Public Defender for the District of Maine), Victim C (a federal law enforcement officer), and Victim D (a retired U.S. magistrate judge). Victim A is a Federal law enforcement officer and an official who is covered by Title 18, United States Code, Section 1114. All in violation of Title 18, United States Code, Section 876(c).

## COUNT TWO
### 18 U.S.C. §§ 115(a)(1)(B) & (b)(4)
### Threatening to Murder a Federal Law Enforcement Officer

On or about May 5, 2022, in the District of Maine, the defendant,

### DEVIN JAMES MELYCHER,

threatened to murder Victim A, a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties. All in violation of Title 18, United States Code, Sections 115(a)(1)(B) & (b)(4).

## COUNT THREE
### 18 U.S.C. § 876(c)
### Mailing Threatening Communications

On or about June 6, 2022, in the District of Maine, the defendant,

### DEVIN JAMES MELYCHER,

knowingly and with intent to threaten, caused a communication addressed to Victim E, a United States Judge for the District of Maine, to be deposited in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and to be delivered by the Postal Service according to directions thereon. The document contained a threat to injure Victim E, a United States Judge for the District of Maine and an official who is covered by Title 18, United States Code, Section 1114. All in violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR
18 U.S.C. §§ 115(a)(1)(B) & (b)(4)
Threatening to Murder a Federal Judge

On or about June 6, 2022, in the District of Maine, the defendant,

### DEVIN JAMES MELYCHER,

threatened to murder Victim E, a United States Judge for the District of Maine, with intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties, and with intent to retaliate against such judge on account of the performance of official duties. All in violation of Title 18, United States Code, Sections 115(a)(1)(B) & (b)(4).

## COUNT FIVE
18 U.S.C. § 876(c)
Mailing Threatening Communications

On or about August 30, 2022, in the District of Maine, the defendant,

### DEVIN JAMES MELYCHER,

knowingly and with intent to threaten, caused a communication addressed to Victim E, a United States Judge for the District of Maine, to be deposited in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and to be delivered by the Postal Service according to directions thereon. The document contained a threat to injure Victim E, a United States Judge for the District of Maine and an official who is covered by Title 18, United States Code, Section 1114. All in violation of Title 18, United States Code, Section 876(c).

## COUNT SIX
18 U.S.C. §§ 115(a)(1)(B) & (b)(4)
Threatening to Murder a Federal Judge

On or about August 30, 2022, in the District of Maine, the defendant,

**DEVIN JAMES MELYCHER,**

threatened to murder Victim E, a United States Judge, with intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties, and to retaliate against such judge on account of the performance of official duties. All in violation of Title 18, United States Code, Sections 115(a)(1)(B) & (b)(4).

A TRUE BILL

Date: September 22, 2022

JANE E. YOUNG
United States Attorney
District of New Hampshire

Grand Jury Foreperson

*Cam Le*

Cam T. Le
Assistant U.S. Attorney
Acting under Authority Conferred by 28 U.S.C. § 515