**Synopsis**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 SEP 22  P 4: 39

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Devin James Melycher |
| **Address:**<br>**(City & State Only)** | Currently held at:<br>Cumberland County Jail Correctional Facility<br>Portland, Maine |
| **Year of Birth and Age:** | 1992<br>30 years old |
| **Violations:** | Counts One, Three, and Five: mailing threatening communications, in violation of 18 U.S.C. § 876(c)<br><br>Count Two: threatening to murder a Federal law enforcement officer, in violation of 18 U.S.C. §§ 115(a)(1)(B) & (b)(4)<br><br>Counts Four and Six: threatening to murder a federal judge, in violation of 18 U.S.C. §§ 115(a)(1)(B) & (b)(4) |
| **Penalties:** | For Counts Two, Four, and Six: punishable by a term of imprisonment of not more than 10 years or a fine of up to $250,000. *See* 18 U.S.C. § 115(b)(4); 18 U.S.C. § 3571(b)(3).<br><br>For Counts One, Three, and Five: punishable by a term of imprisonment of not more than 10 years or a fine of up to $250,000. *See* 18 U.S.C. §§ 876(c) & 1114; 18 U.S.C. § 3571(b)(3). |
| **Supervised Release:** | Not more than 3 years. *See* 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than 2 years. *See* 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Up to 3 years, less any term of imprisonment that was imposed upon revocation of supervised release. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be assigned; however, defendant may wish to proceed pro se<br><br>The Federal Public Defender's Office for the District of Maine has a conflict. |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Marshals Service, District of New Hampshire<br>DUSM Brandon Wilson |
| **Detention Status:** | Detained at Cumberland County Jail Correctional Facility—defendant is currently serving a sentence on |

| | |
|---|---|
| | related case, *United States v. Devin Melchyer*, 21-cr-169-JAW |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland County |
| **AUSA:** | Cam T. Le, AUSA in the District of New Hampshire Special Attorney to the U.S. Attorney General pursuant to 28 U.S.C. § 515 |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution? Y/N** | No |
| **Assessments:** | $100/count of conviction. *See* 18 U.S.C. § 3013(a)(2)(A). |