UNITED STATES DISTRICT COURT
DISTRICT OF MAIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | 2:22-cr-00119 |
| ) | |
| DEVIN JAMES MELYCHER,       ) | |
| ) | |
| Defendant                    ) | |

**ORDER OF RECUSAL**

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

SO ORDERED.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 23rd day of September, 2022.