UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:22-cr-00119 |
| | ) | |
| | ) | |
| **DEVIN JAMES MELYCHER** | ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby <u>RECUSE</u> myself from acting in any proceeding in this matter.

/s/ Karen Frink Wolf
Karen Frink Wolf
United States Magistrate Judge

Dated: September 23, 2022