UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:22-cr-00119 |
| | ) | |
| DEVIN JAMES MELYCHER, | ) | |
| Defendant. | ) | |

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding in this matter.

SO ORDERED.

/s/ Lance E. Walker
United States District Judge

Dated this 23rd day of September, 2022.