# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| v. | )  2:22-cr-00119 |
| | ) |
| | ) |
| **DEVIN JAMES MELYCHER,** | ) |
| | ) |
| **Defendant.** | ) |

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

**SO ORDERED.**

**Dated this 23rd day of September, 2022.**

/s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**