# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Docket No. 2:22-cr-00119 |
| | ) |
| DEVYN MELYCHER, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding in this matter.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 23rd day of September, 2022.