UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 2:22-cr-00119 |
| ) | |
| DEVIN JAMES MELYCHER ) | |
|     Defendant ) | |

# ORDER

All of the judges in this district have recused themselves from presiding over this case. Accordingly, the case shall be referred to the District of New Hampshire, sitting by designation, the assigned judge is authorized to hold court within this district and perform any judicial function required of a judge of this district as set forth in 28 U.S.C. § 296. Jurisdiction over the case remains with the District of Maine, United States District Court.

The recusal of all the judges on this court gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**


Dated: September 26, 2022   /s/Jon D. Levy
                                            Chief U.S. District Judge

cc:    Daniel J. Lynch, Clerk, USDC – New Hampshire
        Counsel of Record

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | 2:22-cr-00119 |
| ) | |
| DEVIN JAMES MELYCHER, ) | |
|     Defendant  ) | |

**CONCURRING ORDER**

I concur that _____, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge _____ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him/her by the district judge to whom this case is assigned.

_____
Chief U.S. District Judge, Assignee District

Dated:

cc:    Christa K. Berry, Clerk, USDC - Maine
       Counsel of Record