AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 SEP 30 A 3: 02

_____
DEPUTY CLERK

| United States of America | ) |
| v. | ) |
| DEVIN JAMES MELYCHER | ) Case No. 2:22-cr-00119 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Devin James Melycher,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1,3 and 5: MAILING THREATENING COMMUNICATIONS, 18:876(c)
Count 2: THREATENING TO MURDER A FEDERAL LAW ENFORCEMENT OFFICER, 18:115(a)(1)(B) AND (b)(4)
Counts 4 and 6: THREATENING TO MURDER A FEDERAL JUDGE, 18:115(a)(1)(B) AND (b)(4)

Date and time issued: 11:33 am, Sep 23 2022

*Christa K. Berry*
Clerk of Court Signature

City and state: Portland, Maine

Christa K. Berry   Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/23/22, and the person was arrested on *(date)* 9/23/22
at *(city and state)* Auburn, ME.

Date: 9/23/22

*Arresting officer's signature*

Jason J Crawford
*Printed name and title*