UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:22-cr-119-SE-01 |
| | ) | |
| DEVIN JAMES MELYCHER, | ) | |
| Defendant | ) | |

**CONCURRING ORDER**

I concur that Samantha D. Elliott, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Andrea K. Johnstone is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him/her by the district judge to whom this case is assigned.

/s/ Landya B. McCafferty
Chief U.S. District Judge, Assignee District

Dated: 10/04/2022

cc:   Christa K. Berry, Clerk, USDC - Maine
      Counsel of Record