```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

USA

    v.                                  Case No.2:22-cr-119-SE-01

Devin James Melycher

ORDER

    This case has been referred to the United States District Court for the District of New Hampshire, sitting by designation.

    The United States District Court for the District of Maine retains jurisdiction over this case and will ultimately enter final judgment.  All original motions, pleadings, and other documents shall continue to be filed with the Clerk, District of Maine in accordance with that district's case filing rules.  Absent a court order to the contrary, no courtesy copies need be filed in the District of New Hampshire.

    SO ORDERED.

                                              /s/ Landya B. McCafferty
                                          Landya B. McCafferty
                                          Chief United States District Judge
                                          District of New Hampshire

Date: October 4, 2022

cc:  Original order to Clerk, U.S. District Court, Maine